# United States District Court

## CENTRAL DISTRICT OF ~~ILLINOIS~~ CALIFORNIA

KEITH SHAZAD MALIK,

                              Plaintiff

                  vs.

STATE OF CALIFORNIA
L.A. SUPERIOR COURT
UNKNOWN JUDGE
L.A. COUNTY JAIL
UNKNOWN WARDEN
L.A. COUNTY PUBLIC DEFENDERS
KATHRYN FALLON DEGOVIA

                              Defendant(s)

**2:23-CV-10912-KK-JC**

Case No. _____
(*The case number will be assigned by the clerk*)

|                                    |
| ---------------------------------- |
| **F I L E D**                      |
| CLERK, U.S. DISTRICT COURT         |
| DEC 26 2023                        |
| CENTRAL DISTRICT OF CALIFORNIA     |
| BY: _____ rsm _____ DEPUTY       |

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: KEITH SHAZAD MALIK

Prison Identification Number: Ø9829-S1Ø

Current address: FCI: PEKIN    P.O. BOX  5ØØØ

PEKIN, IL  61555

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: KATHRYN FALON DEGOUA

Current Job Title: FEDERAL PUBLIC DEFENDER

Current Work Address 321 EAST SECOND ST

LOS  ANGELES, CA 9ØØ12

Defendant #2:

Full Name: UNKNOWN WARDEN

Current Job Title: L.A. COUNTY JAIL WARDEN

Current Work Address L.A. COUNTY JAIL

Defendant #3:

Full Name: UNKNOWN JUDGE

Current Job Title: JUDGE

2

Current Work Address _____

_____

Defendant #4:

Full Name: __STATE OF CALIFORNIA_____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: __L.A. SUPERIOR COURT_____

Current Job Title: _____

Current Work Address __1633 PURDUE AVE____

_____LOS ANGELES, CA 90025_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☐    No ☑

If your answer is no, explain why not  MY CIVIL ACTION IS NOT
REGARDING PRISON CONDITIONS THAT I KNOW OF

C. Is the grievance process completed?   Yes ☑  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  L.A. COUNTY JAIL

4

Date(s) of the occurrence 2/14/2015, 9/2015

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

MY ARGUMENT IS THE STATE OF CALIFORNIA, SHERIFF'S OFFICE WHICH RUNS L.A. COUNTY JAIL, & L.A. COUNTY SUPERIOR COURT VIOLATED MY CONSTITUTIONAL RIGHTS (DUE PROCESS ACCORDING TO THE 14TH AMENDMENTS) BY CHARGING ME 5 COUNTS OF CONTEMPT OF COURT 2/14/2015 AND PROCEEDING WITH A WARRANT 9/2/2015

SEPTEMBER 2014 I WAS ARRESTED IN LOS ANGELES AT UNIVERSITY OF SOUTHERN CALIFORNIA INCARCERATED AT L.A. COUNTY JAIL AND CONVICTED TO 180 DAYS JAIL ON THREE COUNTS OF VIOLATION OF A RESTRAINING ORDER. CALIFORNIA SIMPLY OMITTED ALL EXCULPATORY EVIDENCE, MY BACKGROUND WITH ALISON 1983-1997 AND ALISON'S UNANNOUNCED AND ANONYMOUS VISITS TO SEE ME IN PORTLAND 2010 TO 2014.

I WAS NOT INFORMED OF THE WARRANT IN CALIFORNIA UNTIL SEPTEMBER 2023 BY CASE MANAGER HAYNES AT FCI: PEKIN.

5

THE STATE OF CALIFORNIA ACCUSED ME OF CONTEMPT AS A POLITICAL ATTACK AGAINST MY PERSON, IN ORDER TO ISSUE A WARRANT GIVING POLICE FORCES PROBABLE CAUSE, JUSTIFICATION TO FURTHER VIOLATE MY CONSTITUTIONAL RIGHTS 2013 TO NOW WITH HARASSMENT, LARCENY, AND OTHER CRIMES WHILE COOKING EVIDENCE TO BUILD POLITICAL SUPPORT FOR A ~~PUBLIC~~ FEDERAL INCARCERATION.

IN OTHER WORDS, 2/14/2015 I WAS INCARCERATED AT L.A. COUNTY JAIL. I WAS NOT INFORMED OF COURT BY PUBLIC DEFENDER KATHRYN DEGOVIA NOR ANY MEMBER OF THE SHERIFF'S TEAM. NOR AT ANY POINT DURING MY INCARCERATION DID I ENGAGE IN CONTEMPT, EITHER DURING THE ARRAIGNMENT NOR SENTENCING.

2/14/2015 I DID NOT HAVE COURT THAT I KNOW OF. I DO FEWTLY RECAL WORKING ON VALENTINE CARDS... TO PASS TIME AT L.A. COUNTY JAIL I DREW DAILY, SOMETIMES STILL LIFE OF MY HANDS THOUGH ALSO CARICATURES LIKE VALENTINES OR TWEETY BIRD.

6

UNFORTUNATELY, AS I'M INCARCERATED AT FCI: PEKW I DON'T HAVE ACCESS TO THE INTERNET WHERE I COULD FIND SPECIFIC NAMES - THE NAME OF THE WARDEN AT L.A. COUNTY JAIL, OR JUDGE WHO CONDONED THE ILLEGAL WARRANT. AND I'VE BEEN UNABLE TO ENLIST EITHER YOUSIF MALIK OR KAMRON MALIK TO HELP ME FIGHT THE U.S. GOVERNMENT AND PROVIDE ME INFORMATION FROM THE OUTSIDE WORLD

SO I ASK SIMPLY FOR THE COURTS TO WORK WITH ME IN IDENTIFYING DEFENDANTS.

a SPRING 2016 I SCORED 85% ON THE ASVAB AND WOULD HAVE MADE ~ $60,000/YR HAD THE NAVY NOT DENIED MY ENLISTMENT DUE TO THE WARRANT WHICH CONFINED ME TO CHRONIC HOMELESSNESS

RELIEF REQUESTED

(State what relief you want from the court.)

7

THE ACCUSATION OF CONTEMPT AND SUBSEQUENT WARRANT CREATED UNDUE MENTAL ANGUISH. 8 YEAS OF LIGHT PAIN AND DEEP HEARTBREAK OVER NO POLITICAL RIGHTS IN AMERICA. THE WARRANT FURTHER CONDONED ABUSE OF STATE POWER (EXS: BLACK DIC PICS SENT TO MY PHONE CONDONED BY ALLENTOWN PD, B&E OF MY APARTMENT AT ALDEN PARK BY KEVIN THE MARINE FROM SAUDERTON OF PHILADELPHIA PD)

I SEEK MONETARY COMPENSATION FOR THE UNDUE SUFFERING.

JURY DEMAND        Yes ☑        No ☐

Signed this ___20TH___ day of ___DECEMBER___, 20_23_.

_Keith Shazad Malik_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| KEITH SHAZAD MALIK | Ø9829-51Ø |
| Address: FCI, PEKIN<br>P.O. BOX 5ØØØ<br>PEKIN, IL 61555 | Telephone Number: YOUSIF MALIK<br>L> 773.446.7603 |

8





Retail

U.S. POSTAGE PAID
FCM LG ENV
PEKIN, IL 61554
DEC 21, 2023

$0.00

R2304M109963-31

90012

RDC 99

⟨09829-510⟩
Clerks Of Court
255 E Temple ST
LOS Angeles, CA 90012
United States



RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 2 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

⟨09829-510⟩
Keith Malik
09B29510
Federal Correctional Institute
P.O. Box
Pekin, IL 61555-5000
United States



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7020 2450 0001 1398 1140