Dear Clerk of Courts,

3/8

Thank you for granting the extension to 2/14/2024 and the blank oopy of the CV-60P.

A completed CV-60P with certified trust account statement has been submitted to your court.

I've received notice from Case Manager Young applications for En Forma Pauperis must be sent directly to him at FCI:Pekin.

If you've received the completed CV-60P please proceed with my civil action. If not, please send a blank copy of the CV-60P form to:

Attn: Case Manager Young
FCI: Pekin
P.O. Box 5000
Pekin, IL 61555

All other legal mail to:

Keith Shazad Malik
FCI:Pekin
P.O.Box 5000
Pekin, IL 61555

Case Number: 2:23-cv-10912-KK-JC

I look forward to continuing this civil action.



FILED
CLERK, U.S. DISTRICT COURT

FEB 1 3 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

KEith Shazad Malik

*Keith Shazad Malik*



⇔09829-510⇔

Keith Malik
09829510
Federal Correctional Institute
P.O. Box
Pekin, IL 61555-5000
United States

PEORIA IL 616

09 FEB 2024 PM 11

FREEDOM
FOREVER USA

⇔09829-510⇔

Clerks Of Court
255 E Temple ST
LOS Angeles, CA 90012
United States

RECEIVED

FEB 09 2024

FCI PEKIN MAIL ROOM

RECEIVED
FEB 13 2024
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

90012$3332

LEGAL

The enclosed let... ...Spe... ...rough
...cial maili... ...warding to
}. ...T... ...een opened nor
...inc... ...s a question or
...on t... ...ility has jurisdiction,
...to retu... ...material for furth...
...on or clarifi... ...f the writer enc...
...pondence for fo... ...g to another
...ssee, please re... ...nclosure to the
...address.

...tution

Mail...
Federa...
P. O. Box ...
Pekin, IL 61...