UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SHAZAD MALIK, | Case No. 2:23-cv-10912-KK-JC |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The Court has conducted the review required by 28 U.S.C. § 636, including a *de novo* review of those matters as to which objection has been made, and approves, accepts, and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the June 10, 2024 Report and Recommendation of United States Magistrate Judge and overrules the objections thereto.

IT IS HEREBY ORDERED that the Complaint and this action are dismissed without further leave to amend and that Judgment shall be entered accordingly.

IT IS SO ORDERED.

DATED: August 5, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE