(JS-6)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SHAZAD MALIK, | Case No. 2:23-cv-10912-KK-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, et al., | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and this action are dismissed without leave to amend.

IT IS SO ADJUDGED.

DATED: August 5, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE